# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RICHARD GOAD**                                             **PLAINTIFF**

v.                              **No. 3:19-cv-102-DPM**

**CAPITAL ONE BANK (USA), N.A.**                     **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 15 November 2019 to enforce the settlement.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

11 October 2019